*7 Case 07-12337  Doc 14  Page 1 of 7

FILED
September 25, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000909009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re CARRIE LOU JOHNSON )
)
) Case No. 2007-12337
)
_____ Debtor(s). ) AMENDMENT COVER SHEET

Attached hereto are the following amended documents. (Check all that apply.) **DO NOT** use this cover sheet when filing AMENDED PLANS or AMENDMENTS TO PLANS.

- [ ] Petition
- [ ] Creditor Matrix
- [x] Schedules (check appropriate boxes)
  - [ ] A  [ ] B  [ ] C  [ ] D  [ ] E  [x] F  [ ] G  [ ] H  [ ] I  [ ] J
- [ ] Summary of Schedules
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of 20 Largest Unsecured Creditors
- [ ] List of Equity Security Holders
- [x] Other: Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

Purpose of amendment (check all that apply):

- [x] For amendments to a debtor's schedules of creditors or list of creditors, **$26 for each amendment**, provided the bankruptcy judge may, for good cause, waive the charge in any case.
  NOTE: Lists, schedules and statements amended for this purpose should be accompanied by an amended matrix, listing only the names and addresses added and/or corrected.
- [ ] To add or correct information other than creditor names and addresses (please specify):
  _____
- [x] Other: To inform creditors of dealines

Dated: 9-24-07

Attorney's Signature: _[signature]_
Attorney's Name: Frank P. Samples
Address: 5330 OFFICE CENTER COURT # 37
BAKERSFIELD, CA 93309

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 6 pages, is true and correct to the best of my(our) information and belief.

Dated: 9-24-07

_[signature]_
Debtor's Signature                    Joint Debtor's Signature

FOR INSTRUCTIONS, SEE FORM EDC 2-015 - INST

EDC 2-015 (Rev. 02/07)

IN RE JOHNSON, CARRIE LOU _____ Case No. _____
                             Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3424617440011321131 <br> American Express <br> P. O. Box 297871 <br> Fort Lauderdale, FL 33329 | | | Credit Card Acct. opened in 01/2004 | | | | 5,219.00 |
| ACCOUNT NO. 3713-172923-11007 <br> American Express/Costco Acct. <br> P. O. Box 7863 <br> Ft. Lauderdale, FL 33329-7863 | | | 04-24-07 Costco Whse | | | | 4,901.12 |
| ACCOUNT NO. B4106137 <br> Arstrat <br> 20819 72nd Ave S., Suite 305 <br> Kent, WA 98032 | | | 01-03-07 Last Statement re: Mercy Hospital Acct. | | | | 367.00 |
| ACCOUNT NO. 4024-1120-1220-9034 <br> Bank Of America <br> PO Box 15026 <br> WILMINGTON, DE 19850-5026 | | | Credit Card Acct. | | | | 7,730.00 |

_5_ continuation sheets attached

Subtotal (Total of this page) $ 18,217.12

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

1

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE JOHNSON, CARRIE LOU _____ Case No. _____
                           Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4339-9300-1184-8167<br>Bank Of America<br>1825 E. Buckeye Rd.<br>Phoenix, AZ  85034 | | | 02/26/07 Business Visa Account sent to Anchor Receivables | | | | 15,420.00 |
| ACCOUNT NO<br>Anchor Receivables Management<br>P. O. Box 41003<br>Norfolk, VA  23541-1003 | | | Assignee or other notification for:<br>Bank Of America | | | | |
| ACCOUNT NO. 6019-1803-7847-4023<br>Care Credit<br>GE Money Bank<br>P. O. Box 981127<br>El Paso, TX  79998-1127 | | | ADDED<br>Dental Ins. Account | | | | 6,031.91 |
| ACCOUNT NO. 05 025909401<br>Credit Collection Services<br>Two Wells Ave., Dept. 9134<br>Newton, MA  02459 | | | 10-09-06 Farmers Ins. unpaid premiums for 2 cancelled policies | | | | 176.52 |
| ACCOUNT NO.<br>Farmers Insurance Group<br>P. O. Box 89-4729<br>Los Angeles, CA  90189-4729 | | | Assignee or other notification for:<br>Credit Collection Services | | | | |
| ACCOUNT NO. 245724089<br>Dell Financial Services<br>One Dell Way<br>Round Rock, TX  78682 | | | Pitney Bowes digital postage meter service | | | | unknown |
| ACCOUNT NO.<br>Dell Financial Services<br>One Dell Way<br>Round Rock, TX  78682 | | | ADDED -<br>Account paid in full. | | | | 0.00 |

Sheet no. __1__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 21,628.43

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

2

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE JOHNSON, CARRIE LOU _____   Case No. _____
                           Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 92782 38 19<br>Farmers Insurance Group<br>P. O. Box 89-4729<br>Los Angeles, CA  90189-4729 | | | Fire Insurance Premium on Crescent Ridge Property | | | | 769.72 |
| ACCOUNT NO. 7806<br>FIA Card Services<br>P. O Box 15137<br>Wilmington, DE  19850-5137 | | | 02-06-07 Past due Credit Card Acct. 7806, Claim 330552 | | | | 438.00 |
| ACCOUNT NO. 4024-1120-1220-9034<br>FIA Card Services<br>P. O Box 15137<br>Wilmington, DE  19850-5137 | | | 03-06-07 Balance on Past Due FIA credit card. | | | | 7,269.79 |
| ACCOUNT NO. 4339-9300-1184-8167<br>FIA Card Services<br>P. O Box 15137<br>Wilmington, DE  19850-5137 | | | 03-06-07 Unpaid FIA credit card account | | | | 640.00 |
| ACCOUNT NO. 6098034<br>Financial Credit Network<br>1300 W. Main<br>Visalia, CA  93277 | | | 1-22-07 Collection for California Water Service Acct. #7452118888 | | | | 98.31 |
| ACCOUNT NO. 6019-1803-7847-4023<br>GE Money Bank<br>P. O. Box 981127<br>El Paso, TX  79998-1127 | | | ADDED - GE Money Bank Acct for CareCredit | | | | 6,032.00 |
| ACCOUNT NO.<br>Geiger Plumbing<br>514 Keene Lane<br>Taft, CA  93268 | | | ADDED - Service on 25003 1st Street. Agent for seller who did not pay bill. | | | | 400.00 |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims    Subtotal
(Total of this page) $ 15,647.82

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

3

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE JOHNSON, CARRIE LOU _____  Case No. _____
                          Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5407-9150-0142-4230<br>HSBC M/C<br>P. O. Box 60102<br>City Of Industry, CA  91716-0102 | | | ADDED - Master Card account | | | | 429.11 |
| ACCOUNT NO.<br>James Kephart<br>1013 Niles Street<br>Bakersfield, CA  93305 | | | ADDED - Filed NOD for Mauricio Centano | | | | 400.00 |
| ACCOUNT NO.<br>Jose Abramovits Realty Inc.<br>Cal Neva<br>113 Wood Street<br>Taft, CA  93268 | | | ADDED - Seller's agent after house sold.  County tore down house by mistake. | | | | 80,000.00 |
| ACCOUNT NO. 6532490-029<br>Kern Schools FCU<br>P.O. Box 9506<br>Bakersfield, CA  93389 | | | 02-22-07 KSFCU Overdraft Acct./Line of Credit | | | X | 2,500.00 |
| ACCOUNT NO. 4703-1910-0907-5986<br>Kern Schools FCU<br>4530 Ming Avenue.<br>Bakersfield, CA  93309 | | | 2-2000 Visa Credit Card Account thru KSFCU | | | | 9,970.00 |
| ACCOUNT NO.<br>Mauricio Centano, Jr.<br>1611 Loring Run<br>Bakersfield, CA  93309 | | | ADDED - Wrap-around note on house | | | | 603,700.00 |
| ACCOUNT NO.<br>ADDED - Sandra Kuhn McCormack, Esq.<br>Attorney For Mauricio Centeno, Jr.<br>5330 Office Center Ct., #A42<br>Bakersfield, CA  93309 | | | Assignee or other notification for:<br>Mauricio Centano, Jr. | | | | |

Sheet no. __3__ of __5__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) $ 696,999.11

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

4

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE JOHNSON, CARRIE LOU _____ Case No. _____
                                    Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. J15347735<br>Mercy Hospital CHW<br>420 34th Street<br>Bakersfield, CA 93301 | | | 02-15-07 Last statement for hospital services. Also owed for 2 other stays in the hospital. | | | | 1,500.00 |
| ACCOUNT NO.<br>Mr. Solberg<br>4205 Glenbrook Ave.<br>Bakersfield, CA 93306 | | | ADDED - | | | | 800.00 |
| ACCOUNT NO. Crescent Ridge<br>Pedro Villalobos<br>3908 Teal Street<br>Bakersfield, CA 93304 | | | 02-28-07 Gardening service for 2702 Crescent Ridge for 1/31-2/28/07 | | | | 110.00 |
| ACCOUNT NO. Granite Ridge<br>Pedro Villalobos<br>3908 Teal Street<br>Bakersfield, CA 93304 | | | 02-28-07 Gardening Service for 2701 Granite Ridge for Jan & Feb 2007 | | | | 110.00 |
| ACCOUNT NO. 4287722<br>PennySaver<br>Harte-Hanks Shoppers, Inc.<br>So. California Div. Dept. 6082<br>Los Angeles, CA 90088-8082 | | | 10/25/06 Commercial Real Estate Ad | | | | 72.08 |
| ACCOUNT NO.<br>Roman Marcos<br>1307 Chester Place<br>Bakersfield, CA 93304 | | | Landscaping on Granite Ridge address and Crescent Address. | | | | 1,200.00 |
| ACCOUNT NO. vw 1029 Miller<br>Sharon B. Shepard, MA, MFC<br>Asian Center<br>5000 Physicians Blvd. Suite 210<br>Bakersfield, CA 93301 | | | 09-19-91 Psychotherapy for her daughter who was a kidnapped victim. | | | | 936.16 |

Sheet no. __4__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 4,728.24

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

5

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE JOHNSON, CARRIE LOU
                Debtor(s)                                    Case No. _____

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10914<br>Touchstone Real Estate Group<br>9101 Camino Media<br>Bakersfield, CA 93309 | | | ADDED -<br>02-28-07 Unpaid Agent expense | | | | 45.50 |
| ACCOUNT NO.<br>Wilburn V. & Barbara Miller<br>17448 Duhn Street<br>Bakersfield, CA 93314 | | | ADDED - Buyers agent. Bad roof, Crawford Cleaning | | | | 16,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 16,045.50

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 773,266.22

6

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS